USDC SDNY

ELECTRONICALLY FILED

DOC #: _____

DATE FILED: _10-4-11_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kasien Adderley,

                          Plaintiff(s),

    -against-

The City of New York, et al.,
                    Defendant(s).

ORDER
INITIAL PRETRIAL CONFERENCE

11 Civ. 6780 (PKC)

P. KEVIN CASTEL, United States District Judge.

      Counsel for all parties are directed to appear before the undersigned for an initial pretrial conference, in accordance with Rule 16 of the Federal Rules of Civil Procedure on December 1, 2011 at 11:00 a.m. in Courtroom 12C at the United States Courthouse, 500 Pearl Street, New York, New York. **COUNSEL FOR PLAINTIFF IS DIRECTED TO IMMEDIATELY SEND A COPY OF THIS NOTICE TO ALL PARTIES**. Principal trial counsel must appear at this and all subsequent conferences.

      This case has been designated an electronic case and has been assigned to me for all purposes. By the date of the initial pretrial conference counsel for all parties are required to register as filing users in accordance with the Procedures for Electronic Case Filing and file a Notice of Appearance.

      The parties are directed to submit a joint letter five business days prior to the conference addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; and (3) the prospect for settlement. For the Court's convenience, the parties are requested to set forth the date and time of the Conference in the opening paragraph of the joint letter. The parties are directed to consult the undersigned's Individual Practices and to confer on a Case Management Plan. See the Court's internet site: www.nysd.uscourts.gov/judges/USDJ/castel.htm. The jointly proposed Case Management Plan should be submitted in writing to the Court at the conference. Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with the undersigned's Individual Practices.

      SO ORDERED.

                               P. Kevin Castel
                         United States District Judge

Dated: New York, New York
      October 4, 2011