UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

Kasien Adderley,

                                                  Plaintiff,       **NOTICE OF APPEARANCE**

                    -against-                                 11 CV 6780 (PKC)

THE CITY OF NEW YORK, Joseph Carrasco, in his individual capacity; Catherin Melendez, in her individual capacity; Cortney Allen, in his individual capacity; Flavio Rodriguez, in his individual capacity; and Francis Zito, in his individual capacity

                                              Defendants.

------------------------------------------------------------------------ x

      **PLEASE TAKE NOTICE** that **Elizabeth J. Becker**, Assistant Corporation Counsel, should be entered as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, as attorney for defendant City of New York.

Dated:  New York, New York
            November 26, 2011

                                                       MICHAEL A. CARDOZO
                                                       Corporation Counsel
                                                           of the City of New York
                                                       *Attorney for Defendant City of New York*
                                                         100 Church Street, Room 3-207
                                                         New York, New York 10007
                                                         (212) 341-2498

                                                         By:     _____/S_____
                                                                        Elizabeth J. Becker
                                                                       Assistant Corporation Counsel
                                                                       Special Federal Litigation Division

11 CV 6780 (PKC)

| |
|---|
| United States District Court for the Southern District of New York |
| Kasien Adderley,<br><br>                                                                Plaintiff,<br><br>                              -against-<br><br>THE CITY OF NEW YORK, Joseph Carrasco, in his individual capacity; Catherin Melendez, in her individual capacity; Cortney Allen, in his individual capacity; Flavio Rodriguez, in his individual capacity; and Francis Zito, in his individual capacity<br><br>                                                              Defendants. |
| **NOTICE OF APPEARANCE**<br><br>*MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendant City of New York*<br>*New York, New York  10007*<br><br>*Of Counsel: Elizabeth J. Becker*<br>*Tel:  (212) 341-2498* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y.  ..........................................................,2011*<br><br>*.................................................................................. Esq.*<br><br>*Attorney for .........................................................................* |